THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY TARBELL, Appellant.

Submitted August 13, 2007; decided September 6, 2007

Reported below, 38 AD3d 1368.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARTIN TAVERAS, Also Known as JOSE MARTIN TAVARES, Also Known as JOSE TAVERAS, Appellant.

Submitted July 30, 2007; decided September 6, 2007

Reported below, 2007 NY Slip Op 65977(U).

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.